UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CASE NO. 19-560 |
| DAMETRIC HUNTER | § | |

WAIVER OF RIGHTS AND CONSENT TO PLEA/SENTENCING
BY VIDEO CONFERENCE

I, DAMETRIC HUNTER, acknowledge that I have a right to appear before a judge in person when pleading guilty. I further acknowledge that I may waive the right to plead guilty in person before the judge, under Federal Rule of Criminal Procedure 43(c). I have discussed the implications of waiving these rights with my attorney, and I understand the consequences of such a waiver. I am choosing to knowingly, intelligently, and voluntarily waive my rights to plead guilty or be sentenced in person. I consent to the Court accepting my guilty plea via video conferencing, or telephone conferencing if video conferencing is not reasonably available. I am waiving my rights and consenting of my own free will and volition. Nobody, including my attorney, has insisted upon, coerced, or improperly influenced me in my decision to waive my rights and consent to a guilty plea via video conferencing, or telephone conferencing if video conferencing is not reasonably available.

Executed on __8/26/21__, 2021, in Houston, Texas.

__D. HUNTER__
Defendant, *Dametric Hunter*

__[signature]__
Defense Counsel, *Andrew Williams*